[No. 14916.  Department Two.  August 27, 1918.]

THE STATE OF WASHINGTON, *on the Relation of Mrs. Emma Westman, Plaintiff,* v. THE SUPERIOR COURT FOR KING COUNTY, *Respondent.*[1]

`Application filed in the supreme court July 23, 1918, for a writ of certiorari to review the action of the superior court for King county, Jurey, J., in denying the petition of the relator for release on habeas corpus.  Writ denied.

*W. F. Hays* and *Lockerby & Wright,* for relator.

*Hugh M. Caldwell, Walter F. Meier, Thomas J. L. Kennedy,* and *Geo. A. Meagher,* for respondent.

*The Attorney General* and *John A. Homer, Assistant, amici curiae.*

PER CURIAM.—This case is in all respects like the case of *State ex rel. McBride v. Superior Court, ante* p. 409, 174 Pac. 973.  All the questions presented in this case are decided in that case adversely to the contention of the relator.  For the reasons therein stated, the writ is denied.